THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWAYNE TOWNSEND, Appellant. [843 NYS2d 687]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Chambers, J.), rendered August 12, 2004, convicting him of robbery in the first degree and attempted robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court providently exercised its discretion in preclud-

ing defense counsel from eliciting testimony from a defense witness regarding a collateral issue (*see People v Petty,* 7 NY3d 277, 286 [2006]; *People v Aska,* 91 NY2d 979, 981 [1998]; *People v LaPetina,* 34 AD3d 836, 841-842 [2006], *affd* 9 NY3d 854 [2007]; *People v Mason,* 256 AD2d 595 [1998]).

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Resolution of issues of credibility is primarily a matter to be determined by the jury, which saw and heard the witnesses, and its determination should be accorded great deference on appeal (*see People v Romero,* 7 NY3d 633, 644-645 [2006]; *People v Mateo,* 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]). Upon the exercise of our factual review power (*see* CPL 470.15 [5]), we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero,* 7 NY3d 633 [2006]).

The defendant's remaining contentions are unpreserved for appellate review. Rivera, J.P., Covello, Balkin and McCarthy, JJ., concur.